IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE G. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security;<br><br>    Defendant. | 8:13CV154<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

  The defendant, by and through her counsel, has filed a Motion for Extension of Time, ECF No. 15, in which she requests an extension of 30 days in which to respond to the plaintiff's brief. In a telephone conversation with my judicial assistant, the plaintiff's counsel expressed no objection to the defendant's Motion for Extension of Time, ECF 15, contingent upon the granting of plaintiff's oral motion to extend the time to November 27, 2013, for the plaintiff to file and serve a reply. In a telephone conversation with my judicial assistant and defendant's counsel, no objection by the defendant's counsel was expressed to the plaintiff's oral motion for an extension of time to November 27, 2013, to file and serve a reply brief.

  IT THEREFORE IS ORDERED that:

  1. the defendant's Motion for Extension of Time, ECF No. 15, is granted;

  2. the plaintiff's oral motion to extend the time for the plaintiff's reply brief is granted;

  3. the defendant shall have on or before October 30, 2013, in which to file and serve her response to the plaintiff's brief;

  4. the plaintiff shall have on or before November 27, 2013, in which to file and serve a reply brief ; and

  5. the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4 hereof.

  Dated September 30, 2013.

            BY THE COURT

            _____
            Warren K. Urbom
            United States Senior District Judge