IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE G. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. WOLVIN, Commissioner of Social Security; <br><br> Defendant. | 8:13CV154 <br><br> **ORDER** |

The plaintiff, through counsel, has moved for an order amending the docket to reflect the correct spelling of the defendant's name and title to "Carolyn W. Colvin, Acting Commissioner of Social Security," ECF No. 21.

IT IS ORDERED that the clerk shall amend the docket to reflect the correct spelling of the defendant's name and title to Carolyn W. Colvin, Acting Commissioner of Social Security.

Dated January 21, 2014.

BY THE COURT:

*/s/ Warren K. Urbom*
Warren K. Urbom
United States Senior District Court